THE PEOPLE OF THE STATE OF NEW YORK ex rel. TOBACCO AND ALLIED STOCKS, INC., Appellant, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents.

Argued March 15, 1938; decided April 12, 1938.

*Walter H. Pollak, John F. Wharton* and *Mordecai Rochlin* for appellant.

*John J. Bennett, Jr., Attorney-General (Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.